Submitted February 27, affirmed April 29, petition for review denied July 29, 2009 (346 Or 590)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MONICA FAYE MORTON,
*Defendant-Appellant.*

Klamath County Circuit Court
0201647CR; A134955

206 P3d 1210

Peter Gartlan, Chief Defender, and Susan F. Drake, Senior Deputy Public Defender, Legal Services Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Ortega, Judge, and Riggs, Senior Judge.

PER CURIAM

Affirmed. *State v. Ferguson,* 228 Or App 1, 206 P3d 1145 (2009).